**IT IS ORDERED as set forth below:**



**Date: September 8, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **BERNICE BETHANY SMITH**, | : | CASE NO. **23-56046**-WLH |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| ALLY BANK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| BERNICE BETHANY SMITH, Debtor; and JORDAN E. LUBIN, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing September 7, 2023, on the *Motion for Relief from Automatic Stay* (the "Motion") filed by Ally Bank (the "Movant"). Movant claims a security

interest in Debtor's vehicle: 2018 Ford Escape Utility 4D SE EcoBoost 1.5L I4 Turbo, VIN: 1FMCU0GD4JUC36828 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant


By:    /s/
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Bernice Bethany Smith
3254 Misty Creek Drive
Decatur, GA 30033

Lauren A. Drayton
The Semrad Law Firm, LLC
6125 Old National Hwy, Ste 121
College Park, GA 30349

Jordan E. Lubin
Chapter 7 Trustee
8325 Dunwoody Place
Bldg. 2
Atlanta, GA 30350